IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                        : CIVIL NO: C-1-01-331
                              : MAGISTRATE JUDGE HOGAN

**DORIS L. FLOYD,**

      **Defendant.**

## PLAINTIFF'S REQUEST TO QUASH
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

    Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination filed on January 24, 2005 in the above captioned case. Plaintiff has received notification of Defendant's death. Therefore, it is respectfully requested that the January 24, 2005 Order for Judgment Debtor Examination against Doris L. Floyd be quashed.

                                                     Respectfully submitted,

                                                     GREGORY G. LOCKHART
                                                     United States Attorney

                                                     s/Deborah F. Sanders
                                                     DEBORAH F. SANDERS (0043575)
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff
                                                     303 Marconi Boulevard
                                                     Suite 200
                                                     Columbus, Ohio 43215
                                                     (614) 469-5715
                                                     Fax: (614) 469-5240
                                                     Deborah.Sanders @usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order for Judgment Debtor Examination was filed electronically with the Clerk of the Court using the CM/ECF system and mailed this 11th day of February, 2005 , to Eric L. Emerson, Attorney at Law, 527 Linton Street, Cincinnati, Ohio 45219 by first class, postage paid mail.

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney