IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      : CIVIL NO: C-1-01-331
    : MAGISTRATE JUDGE HOGAN

DORIS L. FLOYD,

    Defendant.

### ORDER TO QUASH THE
### ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause showing that the Plaintiff has received notification of Defendant's death,

**IT IS HEREBY ORDERED** that the January 24, 2005 Order for Judgement Debtor Examination be quashed.

Date: 2/14/05

_____
UNITED STATES MAGISTRATE JUDGE