**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**


**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**               **:  CIVIL NO: C-1-01-331**
                          **JUDGE WEBER**
                          **MAGISTRATE HOGAN**

**DORIS L. FLOYD,**

        **Defendant.**


## DISCHARGE OF JUDGMENT

        The Plaintiff having been notified of the death of the Defendant,  the Clerk of the United

States District Court for the Southern District of Ohio is hereby authorized and empowered to

cancel said judgment of record.

                                GREGORY G. LOCKHART
                                United States Attorney


                                s/Deborah F. Sanders
                                DEBORAH F. SANDERS (0043575)
                                Assistant United States Attorney
                                303 Marconi Blvd., Suite 200
                                Columbus, Ohio  43215
                                (614) 469-5715